JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE MORENO,<br>Petitioner,<br>v.<br>ERIC MEJIA, CIFM,<br>Respondent. | No. CV 26-8100-MWF(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 16, 2026

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE